NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM E. STARGEL,               )
                                  )
        Appellant,                )
                                  )
v.                                )      Case No. 2D18-692
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____   )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Robert L. Sirianni, Jr. of Brownstone, P.A.,
Winter Park, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.